1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JESSE LIPSCOMB,

11          Plaintiff,                    No. 2:12-cv-1337 GEB DAD P

12      vs.

13   J. RYNERSON et al.,

14          Defendants.              ORDER

15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19          On April 3, 2013, the magistrate judge filed findings and recommendations herein

20   which were served on all parties and which contained notice to all parties that any objections to

21   the findings and recommendations were to be filed within fourteen days.  Neither party has filed

22   objections to the findings and recommendations.

23          The court has reviewed the file and finds the findings and recommendations to be

24   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25   ORDERED that:

26   /////

1

1.  The findings and recommendations filed April 3, 2013, are adopted in full;

2.  Defendants' motion to dismiss plaintiff's negligence claim (Doc. No. 18) is granted;

3.  Defendants' motion to dismiss plaintiff's claims for injunctive relief (Doc. No. 18) is granted; and

4.  This case is referred back to the United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302 for further proceedings on plaintiff's Eighth Amendment deliberate indifference claim.

Dated:  May 20, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2