IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE LIPSCOMB,

     Plaintiff,                  No. 2:12-cv-1337 GEB DAD P

    vs.

J. RYNERSON et al.,

     Defendants.         ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On April 3, 2013, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

/////

1

1          1. The findings and recommendations filed April 3, 2013, are adopted in full;

2          2. Defendants' motion to dismiss plaintiff's negligence claim (Doc. No. 18) is

3 granted;

4          3. Defendants' motion to dismiss plaintiff's claims for injunctive relief (Doc. No.

5 18) is granted; and

6          4. This case is referred back to the United States Magistrate Judge pursuant to 28

7 U.S.C. § 636(b)(1)(B) and Local Rule 302 for further proceedings on plaintiff's Eighth

8 Amendment deliberate indifference claim.

9 Dated: May 20, 2013

10

11                   GARLAND E. BURRELL, JR.

12                   Senior United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26