IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE LIPSCOMB,

    Plaintiff,                    No. 2:12-cv-1337 GEB DAD P

    vs.

J. RYNERSON et al.,

    Defendants.             <u>ORDER</u>

                                     /

           Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. On May 21, 2013, the assigned district judge adopted the undersigned's findings and recommendations in full and dismissed plaintiff's negligence claim and claims for injunctive relief. The assigned district judge also referred this matter back to the undersigned for further proceedings on plaintiff's remaining Eighth Amendment deliberate indifference claim.

/////

/////

/////

/////

/////

1

1 Good cause appearing, IT IS HEREBY ORDERED that within twenty-one days of
2 the date of this order defendants Berry and Rynerson shall file an answer to plaintiff's complaint
3 with respect to the Eighth Amendment deliberate indifference claim set forth therein.
4 DATED: May 29, 2013.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
lips1337.ans