IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESSIE LIPSCOMB,**<br><br>Plaintiff,<br><br>v.<br><br>**J. RYNERSON, et al.,**<br><br>Defendants. | Case No. 2:12-cv-1337 GEB DAD (PC)<br><br>**ORDER** |

    Pursuant to Federal Rule of Civil Procedure 56(d), defendants have filed a motion for an extension of time to file an opposition to plaintiff's pending motion for summary judgment. Therein, defense counsel explains that he intends to take plaintiff's oral deposition before the close of discovery in this case but has not done so yet. Defense counsel further explains that he may also decide to serve plaintiff with written discovery. Counsel contends that upon completion of discovery he expects to be able to raise questions regarding whether defendants were deliberately indifferent to plaintiff's medical needs. Good cause appearing, the court will grant defendants' motion for an extension of time and order defendants to respond to plaintiff's motion for summary judgment within thirty days of the close of discovery.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion for an extension of time (Doc. No. 42) is granted; and

2. Defendants shall file an opposition to plaintiff's motion for summary judgment within thirty days of the close of discovery in this action under the court's scheduling order.

Dated: August 6, 2013

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
lips1337.36opp