IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**JESSIE LIPSCOMB,**

        Plaintiff,

    v.

**J. RYNERSON, et al.,**

        Defendants.

Case No. 2:12-cv-1337 GEB DAD (PC)

**ORDER**

    Defendants have requested that the court issue an order allowing defense counsel to take plaintiff's deposition via videoconference. Pursuant to Rule 30(b)(4) of the Federal Rules of Civil Procedure, the court will grant defendants' request. Nothing in this order shall be interpreted as requiring the institution in which Plaintiff is housed to obtain videoconferencing equipment if it is not already available.

    IT IS SO ORDERED.

Dated: August 28, 2013

/lips1337.viddep

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE